UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lisa Spencer,

        Plaintiff,

CASE NUMBER: 17-13434
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE MAJZOUB

v.

Commissioner of Social Security,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 12, 2019, Magistrate Judge Whalen issued a Report and Recommendation [Doc. 18], recommending that Defendant's Motion for Summary Judgement be [Doc. 17] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 14] **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                          s/ Victoria A. Roberts
                          Victoria A. Roberts
                          United States District Judge

Dated: February 28, 2019